THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re: | CASE NO. C20-0959-JCC |
| ANDREI KLIMANKSY, | MINUTE ORDER |
| Debtor. | |
| ---------------------------------------------------------- | |
| EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Andrei Klimanksy, | |
| Plaintiff/Appellee, | |
| v. | |
| MUDITE KLIMANKSY, | |
| Defendant/Appellant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court is in receipt of the Notice of Deficiency of Appeal filed by the United States Bankruptcy Court, advising that the Bankruptcy Court is unable to certify that the record is complete for the purposes of appeal because

MINUTE ORDER
C20-0959-JCC
PAGE - 1

Appellant has not paid the filing fee. (Dkt. No. 6.) To date, the filing fee remains unpaid and Appellant has not sought a waiver of the filing fee. Accordingly, the Court ORDERS Appellant to show cause within fourteen (14) days of the date of this order why this appeal should not be dismissed without prejudice for failure to prosecute.

DATED this 15th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0959-JCC
PAGE - 2