THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>ANDREI KLIMANKSY,<br><br>Debtor.<br>---------------------------------------------------------<br>EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Andrei Klimanksy,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>MUDITE KLIMANKSY,<br><br>Defendant/Appellant. | CASE NO. C20-0959-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. Appellant filed this bankruptcy appeal in June 2020. (Dkt. No. 1.) On September 1, 2020, the Clerk for the U.S. Bankruptcy Court filed a notice of deficiency of appeal because Appellant failed to pay the filing fee. (Dkt. No. 6.) On March 15, 2021, the Court ordered Appellant to show cause by March 29, 2021 why the above-captioned matter should not be dismissed for failure to prosecute. (Dkt. No. 7.) That deadline has

ORDER
C20-0959-JCC
PAGE - 1

passed and Appellant has not responded or taken any action in the case. Pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this appeal without prejudice and DIRECTS the Clerk to close the case.

DATED this 26th day of August 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE